## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE M. STEELE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, et al., | : | NO. 14-4823 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 30 day of Nov. , 2015, after review of the Report and

Recommendation of United States Magistrate Judge Lynne A. Sitarski dated November 6, 2015,

and any objections filed thereto, IT IS ORDERED that:

1.   The Report and Recommendation is APPROVED and ADOPTED.

2.   Plaintiff's request to withdraw the Motion for Default Judgment is GRANTED;

3.   Plaintiff's Motion for Default Judgment is DISMISSED WITHOUT

PREJUDICE; and

4.   Plaintiff's request that the Court order Defendant Ganues to file an answer to the

Complaint is GRANTED.

BY THE COURT:

_____

C. DARNELL JONES, II          J.