IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE M. STEELE<br>　　Plaintiff,<br>　　　v.<br><br>JOHN WETZEL; MICHAEL<br>WENEROWICZ; JAY LANE; and<br>CHRISTOPHER GANUES<br>　　Defendants. | :<br><br>:<br><br><br>:<br> | CIVIL ACTION<br>NO. 14-4823 |

FILED
MAY 2 3 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 21st day of May, 2018, upon review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 1, 2018 (Doc. No. 51), to which no Objections have been filed, it is hereby ORDERED as follows:

1) The Report and Recommendation (Doc. No. 51) is APPROVED and ADOPTED;

2) Plaintiff's uncontested Motion for Default Judgment (Doc. No. 45) is GRANTED;

3) This matter is referred to United States Magistrate Judge Lynne A. Sitarski for an assessment of damages hearing as to Plaintiff's claims against Defendant Christopher Ganues.

BY THE COURT:

_____
C. Darnell Jones, II　　J.